# UNITED STATES DISTRICT COURT OF THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, DEPARTMENT OF LABOR, ACTING SECRETARY OF LABOR VINCENT MICONE, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE PAMELA BONDI,<br><br>Defendants. | Case No. 1:25-cv-02005<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Chicago Women in Trade ("CWIT"), by and through its undersigned counsel, hereby do move the Court for a Temporary Restraining Order. This motion will be based upon all of the records, files, and proceedings herein, as well as the legal memoranda, affidavits, exhibits, and arguments of counsel.

Dated: March 18, 2025                                                                 Respectfully Submitted,

/s/ *Jason P. Stiehl*                                                                  /s/ *Anuj Vohra*
Jason P. Stiehl                                                                         Anuj Vohra
CROWELL & MORING LLP                                                    Keith J. Harrison*
455 N Cityfront Plaza Dr.                                                         CROWELL & MORING LLP
Suite 3600                                                                                1001 Pennsylvania Avenue, NW
Chicago IL 60611                                                                      Washington, DC 20004
Tel: (312) 840-3108                                                                  Tel: (202) 624-2500
jstiehl@crowell.com                                                                 avohra@crowell.com

1

kharrison@crowell.com

/s/ *Meshach Y. Rhoades*
Meshach Y. Rhoades
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202
Tel: (303) 524-8660
mrhoades@crowell.com

s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker
Adria J. Bonillas
Olivia Sedwick
Gillian Cassell-Stiga
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@lawyerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

/s/ *Warrington Parker*
Warrington Parker
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

Elizabeth E. Theran
Adrienne DerVartanian
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado
Rafaela Uribe
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org

*Attorneys for Chicago Women in Trades*

**Pro hac vice motion forthcoming*