UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br><br>　　Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, DEPARTMENT OF LABOR, ACTING SECRETARY OF LABOR VINCENT MICONE, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE PAMELA BONDI,<br><br>　　Defendants. | Case No. 1:25-cv-02005<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

**MOTION TO SUPPLEMENT THE FACTUAL RECORD
IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

　　Plaintiff Chicago Women in Trade ("CWIT"), by and through its undersigned counsel, hereby do move the Court to supplement the factual record in advance of the hearing scheduled for March 25, 2025 at 10:00 AM.

　　On Thursday, March 20, 2025, following the Fourth Circuit stay of the Maryland court's nationwide injunction in *National Association of Diversity Officers in Higher Education, et al. v. Trump, et al.*, No. 25-1189 (4th Cir. Mar. 14, 2025), Jayne Vellinga, Executive Director of CWIT, received an email from Barbara Gibson, Workforce Development Specialist at the U.S. Department of Labor's ("DOL") Employment and Training Administration.

1

The DOL's March 20, 2025 email recirculated a copy of the Training and Employment Notice first published and sent to Ms. Vellinga on January 22, 2025 (and which is attached as Exhibit 2 to Ms. Vellinga's March 5, 2025 Declaration (Dkt. 26-9)). Among other things, this Notice directs CWIT, and numerous other agencies and organizations, to "[e]ffective immediately . . . cease all activities related to 'diversity, equity, and inclusion' (DEI) or 'diversity, equity, inclusion, and accessibility' (DEIA) under their federal awards." A true and correct copy of this email and its attachment is attached hereto as **Exhibit A** (redacted for privilege).

As explained in detail in Plaintiff's Memoranda of Law in support of its Motion for Temporary Restraining Order (Dkt. 41), and Motion for Preliminary Injunction (Dkt. 26), CWIT is at a loss for how to reconcile the attached Notice with the work it currently undertakes in connection with its federal grants and contracts.

Plaintiff respectfully request that the Court add the attached Exhibit to the factual record in support of its pending motions.

Dated: March 24, 2025

/s/ *Jason P. Stiehl*
Jason P. Stiehl
CROWELL & MORING LLP
455 N Cityfront Plaza Dr.
Suite 3600
Chicago IL 60611
Tel: (312) 840-3108
jstiehl@crowell.com

/s/ *Meshach Y. Rhoades*
Meshach Y. Rhoades
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202
Tel: (303) 524-8660
mrhoades@crowell.com

Respectfully Submitted,

/s/ *Anuj Vohra*
Anuj Vohra
Keith J. Harrison*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
avohra@crowell.com
kharrison@crowell.com

/s/ *Warrington Parker*
Warrington Parker
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker
Adria J. Bonillas
Olivia Sedwick
Gillian Cassell-Stiga
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@lawyerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

Elizabeth E. Theran
Adrienne DerVartanian
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado
Rafaela Uribe
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org

*Attorneys for Chicago Women in Trades*
**Pro hac vice motion forthcoming*

3