# Exhibit A

Redacted – Privileged Attorney-Client Communication

**From:** Gibson, Barbara J - ETA <Gibson.Barbara.J@dol.gov>
**Sent:** Thursday, March 20, 2025 1:44 PM
**To:** Catrina Gray <catrinagray@cccneb.edu>; CRussell <crussell1@southeast.edu>; Dominick Chase <dchase@ivytech.edu>; Erin Riffle <ERiffle@greatercle.com>; Haley Sides <haley.sides@springfieldmo.gov>; Jayne Vellinga <JVellinga@CWIT2.ORG>; Jessica Rohan <jessicarohan@cccneb.edu>; Kara Carter <kcarter@greatercle.com>; Kevin Julesgard <kevinjulesgard@cccneb.edu>; Matthew Gotschall <MGOTSCHALL@CCCNEB.EDU>; Michele Ureste <michele.ureste@winintelligence.org>; Rebecca R. Ryan <rrryan@madisoncountyil.gov>; Robin Douthitt <rdouthitt@ivytech.edu>; Sally Payne (SPAYNE@SPRINGFIELDMO.GOV) <SPAYNE@SPRINGFIELDMO.GOV>; sulbrena Day <s.day@midwestcareersource.com>; Anna Loftus <anna.loftus@i-car.com>; Becky Kickkert <bkikkert@wdbscw.org>; Catherine Main <cmain@uic.edu>; Chance Shannan <cshannan@aspyrworkforce.org>; Donna Brake <Donna.Brake@dhewd.mo.gov>; Emily Goad <egoad@wdbscw.org>; Jennifer Deamud <deamudj@kinexsus.org>; Jennifer Roy <jroy@aspyrworkforce.org>; Jessica Weithman <jweithman@aspyrworkforce.org>; Josephine Kershaw <jkershaw@jeffco.edu>; Kelly Wallace <kwallace@aspyrworkforce.org>; Kenneth Wilson <kwilso20@jeffco.edu>; Lamecce Tyne <ltyne@wdbscw.org>; Paul Kirk <kirkp@miworks.org>; Rebecca Fletcher <Rebecca.Fletcher@dhewd.mo.gov>; Samantha Roberson <srobers1@jeffco.edu>; Seth Lentz <slentz@wdbscw.org>; Todd Gustafson <tgustafson@kinexsus.org>; Katy Robertson <katy@rungforwomen.org>; Lisa Humphrey <lhumphrey@bbbsflint.org>; Manny Rodriguez <mrodriguez@revolutionworkshop.org>; Michele Smith <michele.smith4@aah.org>; Paja Xiong <pajax@thesannehfoundation.org>; Reginald Best <arbest1@hfcc.edu>; Robert Palmer <rpalmer1@wcccd.edu>; Robin Christine Kildall <rkildall@employmindy.org>; Stacy Ignoffo <stacy.ignoffo@sinai.org>; Wytedgurie Winston <blackfirebrigade@gmail.com>; Abigail Nichols <adrennan@harpercollege.edu>; Ken Kompelien <kendall.kompelien@minnesota.edu>; Lisa Arendt <larendt1@cvtc.edu>; 'mkaravit@harpercollege.edu' <mkaravit@harpercollege.edu>; Shana Schmidt <sschmidt42@cvtc.edu>; Susanne Brock <sbrock@harpercollege.edu>; Andrea Price <APrice@STARKSTATE.EDU>; Brenda Rubey <brubey@scciowa.edu>; Grant Schubert <g.schubert@rockvalleycollege.edu>; Heather Snider <h.snider@rockvalleycollege.edu>; Liz Wallace <WallaceE@westerntc.edu>; Nancy McDonald <n.mcdonald@rockvalleycollege.edu>; Nicole Sawyer <SawyerN@westerntc.edu>; Sam Renfroe <Srenfroe@starkstate.edu>; Tammy Kaylor <TKaylor@STARKSTATE.EDU>
**Subject:** ETA TEN published 1/22/25

You don't often get email from gibson.barbara.j@dol.gov. Learn why this is important

Good day, Grantees.

Please review and retain the attached Training and Employment Notice published January 22, 2025. This notice provides important updates and information relevant to your grant agreement with the Department of Labor, Employment and Training Administration.

Thank you! ~BG



**Barbara Gibson**
Workforce Development Specialist
Employment and Training Administration
Region 5 (Chicago)
U.S. Department of Labor
(312) 353-2373

 Book time to meet with
Barbara Gibson

| TRAINING AND EMPLOYMENT NOTICE | NO. |
| --- | --- |
| | DATE |

TO:      STATE WORKFORCE AGENCIES
             STATE WORKFORCE LIAISONS
             STATE WORKFORCE DEVELOPMENT BOARDS AND STAFF
             LOCAL WORKFORCE DEVELOPMENT BOARDS AND STAFF
             AMERICAN JOB CENTER DIRECTORS
             ETA COMPETITIVE GRANTEES
             COMMUNITY COLLEGES AND TRIBAL COLLEGES
             STATE APPRENTICESHIP AGENCIES
             JOB CORPS CENTER DII

FROM:    MICHELLE PACZYNSKI
           Acting Deputy Assistant Secretary

SUBJECT:  Immediate Implementation of Executive Orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity"

1. **Purpose.** To notify all Employment and Training Administration (ETA) recipients about changes ETA is making to federal financial assistance awards to prohibit activities described in President Trump's Executive Orders (EOs) titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.

2. **Action Requested.** Effective immediately, all recipients of federal financial assistance awards are directed to cease all activities related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) under their federal awards, consistent with the requirements of the EOs titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025. Additional guidance will be provided.

3. **Summary and Background.**

    a. Summary – This notice shares recent EO requirements to eliminate DEI activities that constitute illegal discrimination or preferences.

    b. Background – President Trump has issued several EOs, which are available at https://www.whitehouse.gov/presidential-actions/, including the EOs titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity,"

issued on January 21, 2025. All federal agencies are taking steps to implement these EOs, and promptly notifying all federal awardees. ETA, like all federal agencies, will provide further guidance on specific programs and activities within those programs.

4. **Ceasing DEIA activities.** All awardees must immediately cease all award activities related to DEI or DEIA. All other award activities should continue.

ETA will issue further guidance on specific activities that are allowable and unallowable.

5. **Inquiries.** Please direct inquiries to the appropriate Regional Office.

6. **References.**
   - Executive Order, "Ending Radical and Wasteful Government DEI Programs and Preferencing," January 20, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/.
   - Executive Order, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," January 21, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/.

7. **Attachments.** N/A