## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Women in Trades

        Plaintiff,

v.                 Case No.: 1:25−cv−02005
                    Honorable Matthew F. Kennelly

Donald J. Trump, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 3/25/2025. Oral argument heard on the plaintiff's motion for temporary restraining order. Plaintiff's motion for a temporary restraining order [40] is taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.