# Exhibit A

# Redacted - Privileged Attorney-Client Communication

**From:** Misty Schutt <mschutt@jff.org> on behalf of Vinz Koller <vkoller@jff.org>
**Sent:** Wednesday, March 26, 2025 1:45 PM
**To:** Lark Jackson <ljackson@cwit.org>
**Cc:** Gary Courtney <gcourtney@jff.org>; Myriam Sullivan <msullivan@jff.org>
**Subject:** RE: Important Update Regarding DEIA Hub Project Work Due to Recent Federal Training and Employment Notice (TEN)

You don't often get email from vkoller@jff.org. Learn why this is important
Dear Lark,
The Registered Apprenticeship Technical Assistance Center of Excellence team expresses our sincere appreciation for your patience and partnership as we have navigated the evolving landscape of the TEN 21-24 and assessed its impact on our work.
Unfortunately, due to the requirements outlined in the TEN 21-24 restricting activities related to DEI and DEIA, our project has been significantly impacted. As a result, we regret to inform you that we will no longer be able to move forward with the previously scoped activities with your organization. JFF contracted with Chicago Women in the Trades expressly to engage in activities no longer 'allowable' under Federal guidelines, pursuant to Executive Orders 14151 and 14173. Because once-allowable activities are no longer allowable, corresponding funding is no longer available and thus, reduced. As a consequence, JFF will be issuing a notice of Termination of agreement with Chicago Women in the Trades.

Formal termination documents will be provided in the coming weeks. In the meantime, please submit any outstanding reimbursable expenses no later than **Friday, April 4, 2025,** following the previously established submittal procedures.

We recognize and honor the important work your organization does, and while we are disappointed by this outcome, we remain grateful for the time, expertise, and passion you all have brought to this initiative. Your efforts have made a lasting impact, and we remain committed to finding opportunities to collaborate in the future.

If you have questions, please contact Gary Courtney, Myriam Sullivan, or me.

Sincerely,
Vinz

**Vinz Koller**
Vice President, Center for Apprenticeship and Work-Based Learning
*Pronouns: he/him/his*
831-277-4726 | LinkedIn
Connect with the Center for Apprenticeship and Work-Based Learning



---

**From:** Vinz Koller <vkoller@jff.org>
**Date:** Thursday, January 23, 2025 at 2:35 AM
**To:** Gary Courtney <gcourtney@jff.org>, Myriam Sullivan <msullivan@jff.org>, Vinz Koller <vinz_koller@spra.com>
**Subject:** Important Update Regarding DEIA Hub Project Work Due to Recent Federal Training and Employment Notice (TEN)

Dear Hub Partner,

The U.S. Department of Labor has issued a Training and Employment Notice (TEN) that requires JFF to pause immediately all activities directly tied to our federally funded work related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA), consistent with the requirements of the Executive Orders referenced in the TEN. Most immediately, this includes our Apprenticeship DEIA Hub work.

Therefore, we ask you to stop any further work on the Hub at this time. Please avoid incurring any additional staff time or expenses. If you are already on travel for an event, we ask that you return to your home base and that you discontinue current and cancel future events.

Please submit invoices for work conducted up to Jan 22nd to JFF's business unit as soon as possible.

JFF has successfully navigated changes in Administrations many times over the years. However, that doesn't make moments like these any easier, especially when work that is central to our mission is impacted. As always, we are committed to proactively navigating today's situation on behalf of our mission, our North Star, and our partners across the country. And, of course, we will communicate transparently with you every step of the way.

In the meantime, please feel free to contact Gary Courtney, Myriam Sullivan, or me if you have questions.

2

Our team so appreciates the contribution that you have made to the success of the Hub.

In partnership,

Vinz

**Vinz Koller**
Vice President, Center for Apprenticeship and Work-Based Learning
*Pronouns: he/him/his*
831-277-4726 | LinkedIn
Connect with the Center for Apprenticeship and Work-Based Learning

