# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Women in Trades

                Plaintiff,

v.                                         Case No.: 1:25−cv−02005

                                              Honorable Matthew F. Kennelly

Donald J. Trump, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person preliminary injunction hearing held on 4/10/2025. Oral argument heard regarding the plaintiff's motion for preliminary injunction [25]. The motion for preliminary injunction is taken under advisement. The temporary restraining order previously entered on 3/27/2025 [52] is extended through 4/17/2025 for good cause. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.