UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES, | ) |
| Plaintiff, | ) |
| | ) No. 25 C 2005 |
| v. | ) |
| | ) Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

**PI COMPLIANCE STATUS REPORT**

The Department of Labor, by its undersigned counsel, as required by the Court's April 15, 2025 preliminary injunction order (Dkt. 69 at 3), hereby confirms its compliance with the PI. As required by this Court's Order, DOL has notified Agency Heads, Acting Agency Heads, Heads of agency components, and other relevant parties of this Court's Order, and further instructed the recipients to forward the email and attached Order to "any relevant staff as necessary." *See* Exhibit A.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

MORRIS PASQUAL
Acting United States Attorney

By: s/ Patrick Johnson
THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5312
(312) 353-5327
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov