# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Women in Trades

                    Plaintiff,

v.

Donald J. Trump, et al.

                    Defendant.

Case No.: 1:25−cv−02005
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 19, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion for modification of preliminary injunction [73] is to be filed by 4/25/2025. Telephonic hearing is set for 4/29/2025 at 9:30 AM. The Court reserves the right to convert the hearing to a video hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.