## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Women in Trades
                    Plaintiff,

v.                                        Case No.: 1:25−cv−02005
                                        Honorable Matthew F. Kennelly

Donald J. Trump, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. It appears that there are no disputes that are, at this point, ripe for determination by the Court. The telephonic status hearing set for 6/13/2025 is vacated and reset to 6/27/2025 at 9:00 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A further joint status report is to be filed on 6/23/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.