UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WINDOW IN TRADES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 25 C 2005 |
| v. ) | |
| ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION TO DISMISS**

Defendants, by their undersigned counsel, move for a protective order to stay discovery pending resolution of their motion to dismiss. A supporting memorandum accompanies this motion.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5312
(312) 353-5327
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov