UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, DEPARTMENT OF LABOR, ACTING SECRETARY OF LABOR VINCENT MICONE, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE PAMELA BONDI,<br><br>Defendants. | Case No. 1:25-cv-02005<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

## **JOINT STATUS REPORT**

The parties, by their undersigned counsel, submit this joint status report pursuant to the court's June 25, 2025 minute entry. *See* Dkt. 103.

1. On May 28, 2025, Plaintiff served discovery on Defendants. *See* Dkt. 106, Ex. A.

2. On June 26, 2025, following a meet and confer between the parties that was held on June 25, Plaintiff agreed to extend Defendants' time to respond to written discovery to June 30, 2025.

3. On June 27, 2025, Defendants filed a motion for a protective order to stay discovery pending resolution of their motion to dismiss and a supporting memorandum. *See* Dkt. 106.

4. On June 28, 2025, the Court entered a minute order, directing Plaintiff to file a response to the motion to stay by July 9 and resetting the telephonic status hearing from July 7 to July 11, 2025 at 9:15. Dkt. 107.

1

5. On June 30, 2025, in light of the Court's briefing schedule on Defendants' motion to stay discovery, Defendants requested a further extension of time to respond to discovery until after the July 11 status hearing. Plaintiff did not agree to the additional extension because Defendants indicated their responses would be objections.

6. Defendants will file a motion to dismiss Plaintiff's complaint by July 7, 2025.

7. Plaintiff will file its response to Defendants' motion to stay by July, 9, 2025.

Respectfully submitted,

**Attorneys for Defendants**

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division | ANDREW S. BOUTROS<br>United States Attorney |
| | By: /s/ Patrick Johnson |
| JOSEPH E. BORSON<br>Assistant Branch Director | THOMAS P. WALSH<br>PATRICK JOHNSON<br>Assistant United States Attorneys |
| PARDIS GHEIBI<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-3246<br>Email: pardis.gheibi@usdoj.gov | 219 S. Dearborn Street, 5th Floor<br>Chicago, Illinois 60604<br>(312) 353-5312<br>(312) 353-5327<br>thomas.walsh2@usdoj.gov<br>patrick.johnson2@usdoj.gov |

**Attorneys for Chicago Women in Trades**

| | |
|---|---|
| */s/ Jason P. Stiehl*<br>Jason P. Stiehl<br>CROWELL & MORING LLP<br>455 N Cityfront Plaza Dr.<br>Suite 3600<br>Chicago, IL 60611<br>Tel: (312) 840-3108<br>jstiehl@crowell.com | */s/ Anuj Vohra*<br>Anuj Vohra<br>Keith J. Harrison*<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>avohra@crowell.com<br>kharrison@crowell.com |

*/s/ Meshach Y. Rhoades*
Meshach Y. Rhoades*
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202
Tel: (303) 524-8660
mrhoades@crowell.com

*/s/ Sabrina A. Talukder*
Sabrina A. Taluker*
Kathryn J. Youker
Adria J. Bonillas
Olivia Sedwick
Gillian Cassell-Stiga
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@laywerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

/s/ Warrington Parker
Warrington Parker*
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

Elizabeth E. Theran
Adrienne DerVartanian
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado*
Rafaela Uribe*
LATINOJUSTICE PLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org