UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES, | ) |
| Plaintiff, | ) |
| v. | ) No. 25 C 2005 |
| | ) Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION TO MODIFY THE
COURT'S JUNE 28, 2025 SCHEDULING ORDER**

The parties, through undersigned counsel, jointly move to modify the Court's June 28, 2025 scheduling order, and in support state as follows:

1. On June 27, 2025, Defendants filed a motion for a protective order to stay discovery pending resolution of their motion to dismiss and a supporting memorandum. Dkt. 106.

2. On June 28, 2025, the Court entered a minute order, directing Plaintiff to file a response to the motion to stay by July 9 and resetting the telephonic status hearing from July 7 to July 11, 2025 at 9:15. Dkt. 107.

3. Defendants' undersigned counsel will both be on leave on July 11, which was scheduled prior to the Court's June 28 minute order.

4. Accordingly, Defendants request that the Court reschedule the July 11 status to the week of July 14, 2025. Plaintiff's counsel does not object to this request, and counsel for both parties are available for a rescheduled status hearing on July 14 or July 15.

5. Additionally, Plaintiff seeks leave to file its response to Defendants' motion to stay discovery on July 11 instead of July 9. The extra time will allow Plaintiff to review Defendants'

motion to dismiss Plaintiff's complaint (to be filed on July 7) before responding to Defendants' motion to stay. Defendants do not object to Plaintiff's request.

WHEREFORE, the parties request the court reset the status hearing currently scheduled for July 11, 2025, and extend the time for Plaintiff to file its response to Defendants' motion to stay until July 11, 2025.

Respectfully submitted,

| | |
|---|---|
| ANDREW S. BOUTROS<br>United States Attorney<br><br>By: s/ Patrick Johnson<br>    THOMAS P. WALSH<br>    PATRICK JOHNSON<br>    Assistant United States Attorneys<br>    219 S. Dearborn Street, 5th Floor<br>    Chicago, Illinois 60604<br>    (312) 353-5312<br>    (312) 353-5327<br>    thomas.walsh2@usdoj.gov<br>    patrick.johnson2@usdoj.gov | /s/ Jason P. Stiehl<br>Jason P. Stiehl<br>CROWELL & MORING LLP<br>455 N Cityfront Plaza Dr.<br>Suite 3600<br>Chicago, IL 60611<br>Tel: (312) 840-3108<br>jstiehl@crowell.com<br><br>/s/ Anuj Vohra<br>Anuj Vohra<br>Keith J. Harrison*<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>avohra@crowell.com<br>kharrison@crowell.com<br><br>/s/ Warrington Parker<br>Warrington Parker<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br>wparker@crowell.com<br><br>/s/ Meshach Y. Rhoades<br>Meshach Y. Rhoades<br>CROWELL & MORING LLP<br>1601 Wewatta Street<br>Suite 815<br>Denver, CO 80202<br>Tel: (303) 524-8660 |

mrhoades@crowell.com

Elizabeth E. Theran
Adrienne DerVartanian
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado
Rafaela Uribe
LATINOJUSTICE PLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org

*/s/ Sabrina A. Talukder*
Sabrina A. Taluker
Kathryn J. Youker
Adria J. Bonillas
Olivia Sedwick
Gillian Cassell-Stiga
Lawyers' Committee for Civil Rights
Under Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@laywerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org

3

agandhi@clccrul.org

Attorneys for Chicago Women in Trades