UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO WOMEN IN TRADES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 C 2005 |
| v. | ) | |
| | ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PI COMPLIANCE STATUS REPORT**

The Department of Labor, by its undersigned counsel, as required by the Court's April 15, 2025 preliminary injunction order (Dkt. 69 at 3), hereby confirms its continued compliance with the PI. As required by this Court's Order, DOL has notified Agency Heads, Acting Agency Heads, Heads of agency components, and other relevant parties of this Court's Order, and further instructed the recipients to forward the Order to "any relevant staff as necessary."

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division | ANDREW S. BOUTROS<br>United States Attorney<br><br>By: s/ Patrick Johnson |
| JOSEPH E. BORSON<br>Assistant Branch Director | THOMAS P. WALSH<br>PATRICK JOHNSON<br>Assistant United States Attorneys |
| PARDIS GHEIBI<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-3246<br>Email: pardis.gheibi@usdoj.gov | 219 S. Dearborn Street, 5th Floor<br>Chicago, Illinois 60604<br>(312) 353-5312<br>(312) 353-5327<br>thomas.walsh2@usdoj.gov<br>patrick.johnson2@usdoj.gov |