# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Women in Trades

                Plaintiff,

v.                                      Case No.: 1:25−cv−02005
                                              Honorable Matthew F. Kennelly

Donald J. Trump, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to modify [109] is granted. The telephonic status and motion hearing set for 7/11/2025 is vacated and reset to 7/15/2025 at 8:55 AM. The following call−in number will be used for the hearing: 650−479−3207, access code 2305−915−8729. The deadline for plaintiff's response to defendants' motion to stay discovery is extended to 7/11/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.