UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO WOMEN IN TRADES,                   )
                                           )
                        Plaintiff,         )
                                           )   No. 25 C 2005
            v.                             )
                                           )   Judge Kennelly
PRESIDENT DONALD J. TRUMP, *et al.*,       )
                                           )
                        Defendants.        )

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION**

Defendants, through undersigned counsel, hereby move for leave to file a brief in support of their motion to dismiss plaintiff's complaint of up to 30 pages, and in support state as follows:

1.    Pursuant to the joint status report, Defendants will file a motion to dismiss and supporting memorandum in response to the complaint filed by plaintiff Chicago Women in Trades (CWIT).

2.    Local Rule 7.1 restricts the length of a brief in support of a motion to 15 pages without leave of court.

3.    Defendants intend on filing a brief that addresses all claims made in the eight-count complaint, which challenges five provisions in two executive orders and asserts a variety of claims against several federal defendants.

4.    In order to adequately address these issues, defendants will need to file a brief in excess of 15 pages.

5.    Plaintiff's counsel does not object to this motion.

WHEREFORE, defendants request that the court permit defendants to file a memorandum in support of its motion to dismiss of up to 30 pages.

2

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson

YAAKOV M. ROTH
Deputy Assistant Attorney General

THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys

JOSEPH E. BORSON
Assistant Branch Director

219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5312

PARDIS GHEIBI
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

(312) 353-5327
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov