UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRESIDENT DONALD J. TRUMP, *et al.*, ) <br> ) <br> Defendants. ) | No. 25 C 2005 <br><br> Judge Kennelly |

**DEFENDANTS' RULE 12(b)(1), (6)**
**MOTION TO DISMISS THE COMPLAINT**

Defendants, by their undersigned counsel, hereby move to dismiss plaintiff Chicago Women in Trades' complaint under Federal Rule of Civil Procedure 12(b)(1), (b)(6). A supporting memorandum accompanies this motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5312
(312) 353-5327
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov