UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES, | ) |
| Plaintiff, | ) |
| v. | ) No. 25 C 2005 |
| | ) Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND DATE
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants, through undersigned counsel, move to extend for one week the date to to file a reply brief in support of their motion to dismiss, and in support state as follows:

1. Plaintiff filed its opposition to defendants' motion to dismiss on August 1, 2025, and defendants' reply brief is currently due on August 15, 2025. Dkt. 124, 134.

2. Defendants need a short period of additional time to prepare their reply brief for several reasons.

3. First, undersigned counsel is out of town at a wedding for four days, starting on August 15, 2025. Second, plaintiff's response brief is 35 pages and contains numerous factual and legal issues to address in a reply brief.

4. Given this, defendants seek an additional seven days to August 22, 2025, to file a reply memorandum in support of their motion to dismiss.

5. Plaintiff's counsel does not oppose this motion.

2

WHEREFORE, defendants request the court extend the time for filing defendants' reply in support of their motion to dismiss for seven days to August 22, 2025.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

 By: s/ Patrick Johnson
    THOMAS P. WALSH
    PATRICK JOHNSON
    Assistant United States Attorneys
    219 S. Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    (312) 353-5312
    (312) 353-5327
    thomas.walsh2@usdoj.gov
    patrick.johnson2@usdoj.gov