UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO WOMEN IN TRADES, | ) |
| Plaintiff, | ) |
| v. | ) No. 25-cv-2005 |
| | ) Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Rule 83.17, Defendants, through undersigned counsel, hereby bring this motion to request that this Court grant leave to withdraw Pardis Gheibi as attorney of record in this matter. In support of this motion, Defendants state as follows:

1. Since March 24, 2025, Pardis Gheibi has been attorney of record for the Defendants.

2. Defendants will continue to be represented by Thomas P. Walsh and Patrick Walter Johnson from the United States Attorney's Office.

WHEREFORE, Defendants request that the Court grant leave to withdraw Pardis Gheibi as attorney of record in this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Assistant Attorney General

THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch

| | |
|---|---|
| JOSEPH E. BORSON<br>Assistant Branch Director<br><br>ANDREW S. BOUTROS<br>United States Attorney | 1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-3246<br>Email: pardis.gheibi@usdoj.gov<br><br>*Attorneys for Defendants* |