# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Women in Trades

                    Plaintiff,

v.                                       Case No.: 1:25−cv−02005

                                                          Honorable Matthew F. Kennelly

Donald J. Trump, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 11/25/2025. There being no objection to a finding of relatedness, the plaintiff's motion to reassign [163] is granted. The Court will enter a separate Executive Committee Order to have case 25 C 12419 reassigned to Judge Kennelly. The case is set for a telephonic status hearing on 12/18/2025 at 9:15 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Plaintiff's counsel is directed to file a status report by 12/11/2025. The status report must include what the plaintiff anticipates in terms of motions for temporary or preliminary relief. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.