UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO WOMEN IN TRADES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 C 2005 |
| v. | ) | |
| | ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant U.S. Attorney Patrick Johnson is no longer assigned to this case and should be terminated from the case, and that the undersigned Assistant United States Attorney has been designated in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ John P. Moynihan

JOHN P. MOYNIHAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7223
john.moynihan@usdoj.gov